**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:Arthur J. Boylan |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 00-246-01 |
| | ) | Date: April 4, 2008 |
| John Andrew Rogerson, | ) | Court Reporter: |
| | ) | Tape Number: 205-2729/3901 |
| Defendant. | ) | Time Commenced: 3:24 p.m. |
| | | Time Concluded: 3:27 p.m. |
| | | Time in Court: 3 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

## APPEARANCES:

Plaintiff: Richard Newberry, Assistant U.S. Attorney
Defendant: Caroline Durham
☒ FPD ☐ CJA ☐ Retained ☒ To be appointed
Interpreter / Language: none/English
Date Charges Filed: 8/4/00 Offense: Bank Robbery
☒ Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.**
Next appearance date is April 10, 2008 at 1:30 p.m. before U.S. Magistrate Judge Susan R. Nelson for:
☒ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ preliminary revocation

Additional Information:

s/A. Linner
Criminal Duty Clerk