A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
APR 11 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

0841-0208-0558-D

CASE NUMBER: **CR 00-246** MJD/SRN

John Andrew Rogerson

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: John Andrew Rogerson

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Michael J. Davis, United States District Court Judge.

Lori Sampson

(By) Lori Sampson, Deputy Clerk

February 8, 2008 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 4-2-08
ARRESTED BY [illegible]
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
APR 21 2008
U.S. DISTRICT COURT ST. PAUL