A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
APR 11 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

V.

John Andrew Rogerson

**AMENDED**
**WARRANT FOR ARREST**

CASE NUMBER: **CR 00-246** MJD/SRN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: John Andrew Rogerson

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: James M. Rosenbaum, United States District Court Judge.

Lori Sampson

(By) Lori Sampson, Deputy Clerk

February 11, 2008 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

________________________ ________________________
Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 4-2-08
ARRESTED BY Mpls. PD
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. Lavalette

SCANNED
APR 21 2008
U.S. DISTRICT COURT ST. PAUL

criminal\warrant.frm

Modified 5/17/07