UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-246 (MJD/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | REASSIGNMENT OF CRIMINAL CASE |
| v. | ) | |
| JOHN ANDREW ROGERSON, Defendant. | ) | |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

00-246 (MJD/SRN)

<u>Defendant Name</u>

John Andrew Rogerson

<u>Remove AUSA</u>

Jeffrey S. Paulsen

<u>Add AUSA</u>

LeeAnn K. Bell

Dated: April 22, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

*s/LeeAnn K. Bell*

BY: LeeAnn K. Bell
Assistant U.S. Attorney
Attorney ID No. 318334