**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

## CRIMINAL MINUTES - Criminal Miscellaneous

UNITED STATES OF AMERICA,

Plaintiff,

v.

John Andrew Rogerson,

Defendant(s).

**COURT MINUTES**
BEFORE: Michael J. Davis
U.S. District Judge

| | |
|---|---|
| Case No: | 00-cr-246 (MJD/SRN) |
| Date: | April 30, 2008 |
| Court Reporter: | Lori Simpson |
| Time Commenced: | 2:20 p.m. |
| Time Concluded: | 2:50 p.m. |
| Time in Court: | 30 Minutes |

## APPEARANCES:

Plaintiff: LeeAnn Bell, Assistant U.S. Attorney
Defendant(s): Katherian Roe, Federal Defender

## MINUTES:

Defendant shall participate in an alcohol assessment. Defense to provide proposed order.
Defendant shall meet with Clyde Bellecourt for an assessment.
Defendant shall appear back in Court on June 5, 2008 at 10:00 a.m. before Judge Davis in Courtroom 14E for the Final Revocation hearing.

Date: April 30, 2008

s/KW
Signature of Calendar Clerk to Judge Michael J. Davis