UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-246 MJD/SRN

United States of America,

Plaintiff,

v.

**ORDER FOR TEMPORARY RELEASE**

John Rogerson,

Defendant.

After having considered the matter, this Court ORDERS the United States Marshal to release Mr. Rogerson from the U.S. Courthouse in Minneapolis, Minnesota, to the custody of the Office of the Federal Defender of the District of Minnesota at 9:00 AM on Thursday, May 8, 2008, for the purpose of a chemical health evaluation at the Indian Health Board, located at 1315 East 24th Street, Minneapolis, MN. The defendant shall also be permitted to meet with community leader, Clyde Bellecourt, during his temporary release. A representative of the Office of the Federal Defender will escort and transport Mr. Rogerson to his appointments and will return him to the United States Marshal in Minneapolis on that date, at or before 3:30 PM.

IT IS SO ORDERED.

Dated: May 6, 2008

s/Michael J. Davis
Honorable Michael J. Davis
United States District Court Judge