UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-246 (MJD/SRN)

United States of America,

Plaintiff,

v.

**MOTION FOR TEMPORARY RELEASE**

John Rogerson,

Defendant.

The Defendant, by and through counsel, respectfully moves this Court for temporary release of the above named defendant for the purpose of a physical examination to be conducted at the Native American Community Clinic located on Franklin Avenue in Minneapolis, Minnesota. In support of this Motion, counsel states as follows:

1. The defendant is currently detained at the Sherburne County jail pending a final revocation hearing on an alleged supervised release violation.

2. The Court ordered the defendant to be released from custody temporarily on Thursday, May 8, 2008, to allow him to obtain a Rule 25 assessment and to meet with community leader Clyde Bellecourt.

3. The defendant had a very positive meeting with Mr. Bellecourt and Mr. Bellecourt indicated a desire to come to Mr. Rogerson's next hearing and speak with the Court regarding his impressions and thoughts.

4. The defendant also completed his chemical assessment at the Indian Health Board. The assessor, Mr. Wright, informed counsel that he would in fact be recommending treatment. However, he was concerned, that based upon some physical

characteristics as well as reports of pre-natal alcohol exposure, Mr. Rogerson might have Fetal Alcohol Spectrum Disorder/Exposure (FASD/E).

5. Mr. Wright stated that he believed the culturally-specific programming of Mash-ka-Wisen in Sawyer, Minnesota, would be appropriate for Mr. Rogerson unless he had FASD/E. In his opinion, this condition would prevent Mr. Rogerson from succeeding in the type of 12-step program offered at Mash-ka-Wisen. Vinland Treatment Program is a treatment program in Loretto, Minnesota, that provides chemical dependency treatment to individuals who have neurological related disorders and traumatic brain disorders. Mr. Wright believed this program might be more appropriate if the defendant had FASD/E. He suggested that the prudent course of treatment would be to have Mr. Rogerson evaluated for FASD/E before a treatment facility was recommended.

6. Unfortunately, although Indian Health Board doctors do FASD/E evaluations, they only evaluate children. Counsel was able to locate a clinic that would evaluate Mr. Rogerson, the University of Minnesota Fetal Alcohol Diagnostic Clinic. However, before the evaluation can be scheduled, Mr. Rogerson must have a special kind of physical examination. This examination focuses on taking measurements that will be relevant and necessary for the FASD/E evaluation. Counsel was able to schedule this examination for Mr. Rogerson at the Native American Community Clinic at 1213 E. Franklin Avenue, in Minneapolis. The one doctor that does these examinations at the Clinic had an appointment available for Tuesday, May 27, 2008, at 3:15 p.m.

7. Counsel requests that the Court allow Mr. Rogerson's release for a period of time that would allow him to be escorted to his physical examination by Federal Defender personnel and then immediately returned to custody when the exam is completed.

For the reasons set forth above, counsel requests that the Court order the defendant's temporary release during the afternoon of May 27 for the period of time necessary to obtain the physical examination necessary for his FASD/E evaluation.

Dated: May 23, 2008

Respectfully submitted,

*s/Katherian D. Roe*
________________________________

Katherian D. Roe
Attorney No. 214668
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415