UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-246 (MJD/SRN)

United States of America,

Plaintiff,

v.

**ORDER FOR TEMPORARY RELEASE**

John Andrew Rogerson,

Defendant.

After having considered the matter, this Court ORDERS the United States Marshal to release Mr. Rogerson from the US Marshal lock-up, to the custody of the Office of the Federal Defender of the District of Minnesota at 2:00 PM on Tuesday, May 27, 2008, for the purpose of a FASD/E evaluation at the Native American Community Clinic, 1213 E. Franklin Avenue, Minneapolis, Minnesota. A representative of the Office of the Federal Defender will escort and transport Mr. Rogerson to his appointment and will return him to the Sherburne County Jail on that date, at or before 6:00 PM.

IT IS SO ORDERED.

Dated: May 23, 2008

s/Michael J. Davis
Honorable Michael J. Davis
United States District Court Judge