UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-246 (MJD/SRN)

United States of America,

Plaintiff,

v.

**ORDER FOR TEMPORARY RELEASE**

John Rogerson,

Defendant.

After having considered the matter, this Court ORDERS the United States Marshal and/or the Sherburne County Jail officials to release Mr. Rogerson from custody at 7:30 a.m. on Thursday, May 29, 2008 to Renee Lewis, Investigator for the Office of the Federal Defender (or any employee of the Office of the Federal Defender) for the purpose of a FASD/E evaluation at the University of Minnesota Fetal Alcohol Diagnostic Clinic, located in Minneapolis, Minnesota. A representative of the Office of the Federal Defender will escort and transport Mr. Rogerson to his appointment and will return him to the U.S. Marshal lock-up in the Minneapolis Federal Courthouse on the afternoon of May 29, 2008 for transport to the Sherburne County Jail.

IT IS SO ORDERED.

Dated: May 28, 2008

Honorable Michael J. Davis
United States District Court Judge

SCANNED
MAY 28 2008
U.S. DISTRICT COURT MPLS