**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FINAL REVOCATION HEARING

UNITED STATES OF AMERICA, )
)
Plaintiff, )
v. )
)
John Andrew Rogerson (1), )
*also known as Donroy Babcob* )
)
Defendant. )

## COURT MINUTES - CRIMINAL

BEFORE: Michael J. Davis
U.S. District Judge

| | |
|---|---|
| Case No: | 00-cr-246 (3) (MJD/SRN) |
| Date: | June 10, 2008 |
| Court Reporter: | Lori Simpson |
| Time Commenced: | 9:35 a.m. |
| Time Concluded: | 10:10 a.m. |
| Time in Court: | 35 Minutes |

## APPEARANCES:

Plaintiff: LeeAnn Bell, Assistant U.S. Attorney
Defendant: Katherian Roe, Federal Defender

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
☒ Defendant admits allegations.

## ORDERED:

☒ Defendant shall continue his supervised release to the original expiration date. Defendant enter the treatment program that has designated for him as of June 12, 2008.
☒ Defendant is to be housed in that halfway house designated by the U.S. Probation Office upon completion of the treatment program. .
☒ Written order to be issued with additional special conditions.

Date: June 10, 2008

s/KW____________________________
Calendar Clerk to Judge Michael J. Davis