PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. John Andrew Rogerson**

**Docket No. 0:00CR00246-001(MJD)**

**AMENDED Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **John Andrew Rogerson** who was sentenced for Bank Robbery on March 14, 2001, by the Honorable Michael J. Davis, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No alcohol; not to enter establishments where alcohol is sold; participate in drug/alcohol treatment; mandatory drug testing; financial disclosure; no new credit; and $4,376 restitution

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

On December 26, 2007, and **January 30, 2008,** Mr. Rogerson submitted to urinalysis. The results were positive for the use of marijuana. Mr. Rogerson admitted to the use by written and verbal means, respectively.

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

Mr. Rogerson verbally admitted he has been consuming alcohol since his release from custody.

SPECIAL CONDITION: The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. The program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On **January 30, 2008**, Mr. Rogerson was instructed to schedule a Rule 25 Chemical Dependancy Evaluation on the same date. To date, Mr. Rogerson failed to follow through on drug and alcohol treatment.

On January 3, 5, 8, 18, and 29, 2008, Mr. Rogerson failed to report for urinalysis as instructed by the code-a-phone.

STANDARD CONDITION: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

SCANNED
JUN 12 2008
U.S. DISTRICT COURT MPLS

STANDARD CONDITION: The defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer.

Mr. Rogerson was verbally directed by the undersigned officer to report to this officer on January 16, 2008, and February 1, 2008. Mr. Rogerson failed to report on the aforementioned dates.

**Additional Violation:**

**MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.**

**On April 2, 2008, Minneapolis law enforcement responded to a fight. According to the arrest report, Mr. Rogerson was sniffing paint with other individuals. Upon questioning by law enforcement, Mr. Rogerson provided a false name. Mr. Rogerson was arrested for False Information to Law Enforcement. This case remains pending in Hennepin County District Court.**

PRAYING THAT THE COURT WILL ORDER That a warrant be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a warrant is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 10th day of June, 2008, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
Senior U.S. Probation Officer
Telephone: 612-664-5426

Executed on June 10, 2008
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer