USM

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

Released to Probation 6/10/08

RECEIVED
JUN 12 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
John Andrew Rogerson
*also known as Donroy Badcob*

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: 00-cr-246 (01) (MJD/SRN)
USM Number: 06590-041
Social Security Number: 4050
Date of Birth: 1965

Katherian Roe
Defendant's Attorney

**THE DEFENDANT:**

[X] admitted guilt to violation of the standard, mandatory and special conditions of supervised release.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | The defendant shall refrain from any unlawful use of a controlled substance. | 12/26/07 and 1/30/08. |
| Special Condition | The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages. | |
| Special Condition | The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. The program may include testing and inpatient or outpatient treatment, counseling, or a support group. | 1/3/08, 1/5/08, 1/8/08, 1/18/08, 1/29/08 1/30/08 |
| Standard Condition | The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. | |
| Standard Condition | The defendant shall answer truthfully all inquires by the probation officer and follow instructions of the probation officer. | 1/16/08 and 2/1/08 |
| Mandatory Condition | The defendant shall not commit another federal, state or local crime. | 4/2/08 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

June 10, 2008
Date of Imposition of Judgment
s/Michael J. Davis
Signature of Judge
**MICHAEL J. DAVIS**, United States District Judge
Name & Title of Judge
June 10, 2008
Date

A true printed copy in 3 sheet(s) of the electronic record filed on 6/10/08 in the United States District Court for the District of Minnesota.
CERTIFIED, 6/11, 2008.
RICHARD D. SLETTEN
BY: [signature]
Deputy Clerk

SCANNED
JUN 16 2008
U.S. DISTRICT COURT ST. PAUL

DEFENDANT: JOHN ANDREW ROGERSON
CASE NUMBER: 00-CR-246 (01) (MJD/SRN)

## SUPERVISED RELEASE

All terms and conditions of supervised release previously imposed are still in affect and the defendant shall continue his supervised release to the original expiration date.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

[] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[] The defendant shall participate in an approved rehabilitation program for domestic violence. (Check, if applicable.)

If this Judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: JOHN ANDREW ROGERSON
CASE NUMBER: 00-CR-246 (01) (MJD/SRN)

## SPECIAL CONDITIONS OF SUPERVISION

a All terms and conditions of supervised release previously issued are still in affect.

b Defendant shall enter in the treatment program that has been designated for him as of June 11, 2008. The defendant is to successfully complete that treatment program without any violations.

c After completing either the 21 day or 60 day treatment program, the defendant shall be housed in a halfway house in the Twin Cities area that is cultural specific that is be determined by the probation officer. Defendant shall follow all of the rules and regulations at the halfway house.

d The defendant shall participate in and complete a program for anger management as approved and directed by the probation officer.

e After leaving the halfway house, the defendant shall participate for a period of 60 days in a home detention program which may include Global Positioning System technology. The defendant shall not be responsible for the costs.